UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN CARLOS GONZALEZ TREJO,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR, et al.

Respondents.

CASE NO. C26-3506JLR

ORDER

Before the court is Petitioner Juan Carlos Gonzalez Trejo application to proceed *in forma pauperis* ("IFP") in this 28 U.S.C. § 2241 habeas action. (IFP App. (Dkt. # 1).) Petitioner seeks release from immigration detention alleging his continued detention violates the due process clause of the Fifth Amendment. (*See* Prop. Pet. (Dkt. # 1-1) at 1.)

//

//

Because Petitioner demonstrates that he is unable to afford the $5.00 filing fee, the court GRANTS the IFP application (Dkt. # 1).

Dated this 21st day of September, 2026.

JAMES L. ROBART
United States District Judge