UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN CARLOS GONZALEZ TREJO,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR, et al.,

Respondents.

Case No. 2:26-cv-03506-TMC

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

## I. ORDER

The petition for writ of habeas corpus is GRANTED. Respondents concede that Petitioner qualifies for a bond hearing under *Rodriguez Vazquez v. Bostock*, 802 F. Supp. 3d 1297 (W.D. Wash. 2025), *aff'd*, 183 F.4th 1160 (9th Cir. 2026). Dkt. 7 at 2. Petitioner's alternative request for immediate release is denied because the primary relief available under *Rodriguez Vazquez* is a bond hearing under 8 U.S.C. § 1226(a). 802 F. Supp. 3d at 1336. And Petitioner's due process claim, which is similarly based on his mandatory detention without a bond hearing, would also entitle him to a bond hearing rather than release. *See Banda v. McAleenan*, 385 F. Supp. 3d 1099, 1120 (W.D. Wash. 2019). As directed below, if Respondents fail to provide Petitioner with a bond hearing within 14 days of this order, they must release him.

Accordingly, the Court ORDERS as follows:

1. The petition for writ of habeas corpus (Dkt. 4) is GRANTED.

2. Within 14 days of this order, Respondents must either release Petitioner Juan Carlos Gonzalez Trejo or provide him a bond hearing under 8 U.S.C. § 1226(a).

3. If Petitioner is released, Respondents must return to Petitioner any personal property, including any personal identification document (other than a passport) and any employment authorization document.

4. Nothing in this order prevents an Immigration Judge from granting a request by Petitioner for a continuance in his bond proceedings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 6th day of November, 2026.

Tiffany M. Cartwright
United States District Judge